HON. RONALD B. LEIGHTO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PACTOOL INTERNATIONAL LTD., a Washington Corporation<br><br>Plaintiff,<br><br>vs.<br><br>DEWALT INDUSTRIAL TOOL CO., a Maryland corporation, and KETT TOOL COMPANY INC., an Ohio corporation<br><br>Defendants. | CIVIL ACTION NO. 3:06-cv-05367-RBL<br><br>**STIPULATION AND ORDER TO AMEND THE MINUTE ORDER SETTING TRIAL, PRETRIAL DATES AND ORDERING MEDIATION** |

Plaintiff PacTool International, Inc. ("PacTool") and Defendant Kett Tool Company Inc. ("Kett") file this stipulation to request the Court to amend the *Minute Order Setting Trial, Pretrial Dates and Ordering Mediation*. The parties wish to avoid the significant expense of expert reports, remaining discovery, pretrial and trial and to resolve this matter by mediation. The parties have been ordered to engage in mediation by January 14, 2008 but would like to engage in mediation by October 31, 2007 and modify the Court's scheduling Order. These proposed dates require movement of the trial date presently set. The parties suggest a proposed schedule below but understand that the Court may have to set trial at a date significantly different than the date proposed. The parties' proposed schedule is as follows:

| | |
|---|---|
| Mediation per CR 39.1 (c)(3) HELD no later than | 10/31/2007 |
| Letter of compliance as to CR 39.1 FILED by | 11/8/2007 |
| Disclosure of expert testimony under FRCP 26(a)(2) is due | 1/4/2008 |

STIPULATION AND [PROPOSED] ORDER - 1 –
3:06-cv-05367-RBL

| | | |
|---|---|---|
| 1 | All motions related to discovery must be FILED by | 2/22/2008 |
| 2 | Discovery COMPLETED by | 3/28/2008 |
| 3 | All dispositive motions must be FILED by | 5/2/2008 |
| 4 | Motions in limine must be FILED by | 8/11/2008 |
| 5-6 | Agreed pretrial order OR, if counsel has agreed to dispense with the pretrial order, Witness and Exhibit Lists are due on | 8/22/2008 |
| 7 | (Jury Trial) Proposed Voir Dire, Jury Instructions and Trial Briefs shall be filed by | 8/27/2008 |
| 8 | Pretrial conference will be HELD at 08:30 AM on | 8/29/2008 |
| 9 | 5 DAYS Jury Trial set for 09:30 AM on | 9/8/2008 |

The parties have agreed to a procedure for exchanging information in preparation for the mediation with the hope that this dispute can be resolved at the mediation. We respectfully request the Court to enter the attached proposed Order.

DATED this 20th day of September, 2007.

Respectfully submitted,

| DORSEY & WHITNEY LLP | WOOD, HERRON & EVANS, LLP |
|---|---|
| /s/ Paul T. Meiklejohn | /s/ Gregory F. Ahrens |
| Paul T. Meiklejohn, WSBA No. 17477 | Gregory F. Ahrens, Admitted *Pro Hac Vice* |
| Edward W. Bulchis, WSBA No. 5558 | John Paul Davis, Admitted *Pro Hac Vice* |
| Brett J. Schlameus, WSBA No. 37012 | 2700 Carew Tower |
| U.S. Bank Centre | Cincinnati, OH 45202 |
| 1420 Fifth Avenue, Suite 3400 | Telephone: (513) 241-2324 (ext. 202) |
| Seattle, WA 98101-4010 | Facsimile: (513) 421-7269 |
| Telephone: (206) 903-8800 | |
| Facsimile: (206) 903-8820 | BERESFORD BOOTH PLLC |
| Attorneys for Plaintiff | |
| | /s/ Paul Richard Brown |
| | Paul Richard Brown, WSBA No. 19357 |
| | 145 Third Avenue S., Suite 200 |
| | Edmonds, WA 98020 |
| | Telephone: (425) 776-4100 |
| | Facsimile: (425) 776-1700 |
| | Attorneys For Defendant |

## **ORDER**

Pursuant to the parties' Stipulation, the Court's scheduling Order is amended such that the following dates apply:

| | |
|---|---|
| Mediation per CR 39.1 (c)(3) HELD no later than | 10/31/2007 |
| Letter of compliance as to CR 39.1 FILED by | 11/8/2007 |
| Disclosure of expert testimony under FRCP 26(a)(2) is due | 1/4/2008 |

STIPULATION AND [PROPOSED] ORDER   )-3-
3:06-cv-05367-RBL

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | |
|---|---|
| All motions related to discovery must be FILED by | 2/22/2008 |
| Discovery COMPLETED by | 3/28/2008 |
| All dispositive motions must be FILED by | 5/2/2008 |
| Motions in limine must be FILED by | 8/11/2008 |
| Agreed pretrial order OR, if counsel has agreed to dispense with the pretrial order, Witness and Exhibit Lists are due on | 8/22/2008 |
| (Jury Trial) Proposed Voir Dire, Jury Instructions and Trial Briefs shall be filed by | 8/27/2008 |
| Pretrial conference will be HELD at 08:30 AM on | 8/29/2008 |
| 5 DAYS Jury Trial set for 09:30 AM on | 9/8/2008 |

IT IS SO ORDERED this 21st day of September, 2007.

_____

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER -4-
3:06-cv-05367-RBL

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820