THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PACTOOL INTERNATIONAL LTD., a Washington Corporation

Plaintiff,

vs.

DEWALT INDUSTRIAL TOOL CO., a Maryland corporation, and KETT TOOL COMPANY INC., an Ohio corporation

Defendants.

CIVIL ACTION NO. 3:06-CV-05367BHS

**STIPULATION AND ORDER TO RENOTE KETT TOOL COMPANY INC.'S MOTION TO STAY**

**RENOTED FOR: JANUARY 11, 2008**

Plaintiff PacTool International, Inc. ("PacTool") and Defendant Kett Tool Company Inc. ("Kett") file this stipulation to request the Court to renote the date for consideration of *Defendant Kett Tool Company Inc.'s Motion to Stay Proceedings Pending Reexamination of U.S. Patent Nos. 5,993,303 and 6,250,998 or in the Alternative, for an Amended Scheduling Order*, including the following proposed briefing schedule:

| | |
|---|---|
| Note on Motion Calendar | 1/11/2008 |
| PacTool's Opposition FILED by | 1/8/2008 |
| Kett's Reply FILED by | 1/11/2008 |



DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

The parties respectfully request the Court to enter the attached proposed Order.

DATED this 26th day of December, 2007.

Respectfully submitted,

DORSEY & WHITNEY LLP

/s/ Brett J. Schlameus
Paul T. Meiklejohn, WSBA No. 17477
Edward W. Bulchis, WSBA No. 5558
Brett J. Schlameus, WSBA No. 37012
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

Attorneys for Plaintiff

WOOD, HERRON & EVANS, LLP

/s/ Gregory F. Ahrens
Gregory F. Ahrens, Admitted *Pro Hac Vice*
John Paul Davis, Admitted *Pro Hac Vice*
2700 Carew Tower
Cincinnati, OH 45202
Telephone: (513) 241-2324 (ext. 202)
Facsimile: (513) 421-7269

BERESFORD BOOTH PLLC

/s/ Paul Richard Brown
Paul Richard Brown, WSBA No. 19357
145 Third Avenue S., Suite 200
Edmonds, WA 98020
Telephone: (425) 776-4100
Facsimile: (425) 776-1700

Attorneys For Defendant

**ORDER**

Pursuant to the parties' Stipulation, the briefing schedule for Kett Tool Company Inc.'s Motion to Stay is amended as follows:

Note on Motion Calendar 1/11/2008



**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | |
|---|---|
| PacTool's Opposition FILED by | 1/8/2008 |
| Kett's Reply FILED by | 1/11/2008 |

DATED this 28th day of December, 2007.

BENJAMIN H.SETTLE

United States District Judge



DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820