THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PACTOOL INTERNATIONAL LTD., a Washington Corporation<br><br>Plaintiff,<br><br>vs.<br><br>DEWALT INDUSTRIAL TOOL CO., a Maryland corporation, and KETT TOOL COMPANY INC., an Ohio corporation<br><br>Defendants. | CIVIL ACTION NO. 3:06-CV-05367-BHS<br><br>**STIPULATION AND ORDER TO EXTEND THE DATE FOR DISCLOSURE OF EXPERT TESTIMONY** |

Plaintiff PacTool International, Inc. ("PacTool") and Defendant Kett Tool Company Inc. ("Kett") file this joint stipulation to request the Court to extend the date for *Disclosure of Expert Testimony Under FRCP 26(a)(2)* from January 4, 2008 to February 8, 2008. The parties conferred and concluded that additional time is necessary to prepare expert reports. The trial date and other pretrial dates do not have to be changed to accommodate this extension.

STIPULATION AND [PROPOSED] ORDER - 1 –
3:06-cv-05367-RBL

1  DATED this 28th day of December, 2007.

2  Respectfully submitted,

3

DORSEY & WHITNEY LLP                        WOOD, HERRON & EVANS, LLP

4

5

 /s/ Brett J. Schlameus                      /s/ Gregory F. Ahrens
6
Paul T. Meiklejohn, WSBA No. 17477          Gregory F. Ahrens, Admitted *Pro Hac Vice*
7  Edward W. Bulchis, WSBA No. 5558         John Paul Davis, Admitted *Pro Hac Vice*
Brett J. Schlameus, WSBA No. 37012          2700 Carew Tower
8  U.S. Bank Centre                         Cincinnati, OH 45202
1420 Fifth Avenue, Suite 3400               Telephone:  (513) 241-2324 (ext. 202)
9  Seattle, WA 98101-4010                   Facsimile:  (513) 421-7269
Telephone:  (206) 903-8800
10 Facsimile: (206) 903-8820

11 Attorneys for Plaintiff                  BERESFORD BOOTH PLLC

12

13                                           /s/ Paul Richard Brown
                                            Paul Richard Brown, WSBA No. 19357
14                                          145 Third Avenue S., Suite 200
                                            Edmonds, WA 98020
15                                          Telephone:  (425) 776-4100
                                            Facsimile: (425) 776-1700
16
                                            Attorneys For Defendant
17
## **ORDER**
18
Pursuant to the parties' Stipulation, the Court hereby extends the date for the disclosure
19
of expert testimony from January 4, 2008 to February 8, 2008.
20
DATED this 28th day of December, 2007.
21

22

23

24  _____
BENJAMIN H. SETTLE
25  United States District Judge

STIPULATION AND [PROPOSED] ORDER  ) -2-
3:06-cv-05367-RBL

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820