UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PACTOOL INTERNATIONAL LTD., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KETT TOOL COMPANY INC., an Ohio corporation; and H. ROWE HOFFMAN, chairman and part owner of Kett Tool Company, Inc.,<br><br>    Defendants. | CASE NO. C06-5367BHS<br><br>ORDER REQUESTING RESPONSE TO DEFENDANTS' MOTION FOR RECONSIDERATION |

This matter comes before the Court on Defendants' motion for reconsideration (Dkt. 160). The Court has considered the motion and the remainder of the file and hereby requests that Plaintiff PacTool International Ltd. ("PacTool") file a response to the motion.

**I. PROCEDURAL AND FACTUAL BACKGROUND**

On January 31, 2011, the Court granted PacTool's motion for summary judgment as to Defendants' affirmative defenses (Dkt. 149). On February 14, 2011, Defendants filed a motion for reconsideration of the Court's order. (Dkt. 160).

ORDER - 1

## II. DISCUSSION

Motions for reconsideration are governed by Local Rule CR 7(h), which provides in relevant part as follows:

> No response to a motion for reconsideration shall be filed unless requested by the court. No motion for reconsideration will be granted without such a request. The request will set a time when the response is due, and may limit a briefing schedule to particular issues or points raised by the motion, may authorize a reply, and may prescribe page limitations.

Local Rule CR 7(h)(3).

The Court has considered the motion for reconsideration and the remainder of the file and hereby requests a response to the motion from PacTool.

## III. ORDER

Therefore, it is hereby **ORDERED** that PacTool may file a response to Defendants' motion for reconsideration (Dkt. 160) on or before **March 21, 2011**, in a brief not to exceed 10 pages to which Defendants may file a reply, on or before **March 25, 2011**, in a brief not to exceed 5 pages and the motion for reconsideration is **RENOTED** to **March 25, 2011**.

DATED this 8th day of March, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2