THE HONORABLE BENJAMIN H. SETTLE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

PACTOOL INTERNATIONAL LTD.,

Plaintiff,

v.

KETT TOOL COMPANY INC., et al.

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO. 3:06-cv-05367-BHS**

**DEFENDANT KETT TOOL COMPANY INC.'S MOTION TO EXCLUDE THE ADDENDUM TO THE REPORT OF LORRAINE BARRICK AND ANY RELATED TESTIMONY BY HER THERETO**

**NOTED ON MOTION CALENDAR: September 16, 2011**

## I.    INTRODUCTION

Without leave of this Court or even a stipulation from the parties, and after the defendants submitted their rebuttal report to plaintiff PacTool International Ltd.'s ("PacTool") proffered report on damages, PacTool unilaterally and astoundingly submits an "addendum" to its original report!  Such a practice simply cannot be countenanced by this Court and as such defendant Kett Tool Company Inc. ("Kett") respectfully moves this Court to exclude the "Addendum to Report of Lorraine Barrick" dated August 18, 2011 and any related testimony by her thereto.

## II.    BACKGROUND

On June 15, 2011, this Court ordered that the deadline for Opening Expert Reports

KETT'S MOTION TO EXCLUDE
ADDENDUM TO REPORT OF
LORRAINE BARRICK

WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower · 441 Vine Street
Cincinnati, Ohio  45202-2917
(513) 241-2324 · (513) 241-6234 facsimile

was July 8, 2011, and the deadline for Rebuttal Reports was August 9, 2011.  Dkt. 226.

On July 9, 2011, PacTool emailed a copy of the original report of Lorraine Barrick and also sent, for delivery on July 11, 2011, a hard copy of that report along with a disk containing documents referenced in that report.

On August 4, 2011, PacTool moved to exclude, in its entirety, the Expert Report and Related Testimony of Dr. Albert H. Lyter III.  Dkt. 229.

On August 9, 2011, in response to the original report of Lorraine Barrick and in accordance with this Court's Order (Dkt. 226), Kett served the Rebuttal Expert Report of Keith A. Hock on PacTool.

On August 17, 2011, PacTool sent an "Addendum to Report of Lorraine Barrick," which was dated August 18, 2011, to defendants, stating:

> Mr. Hock's report reminded our expert that she
> inadvertently left out her description of marketing capacity.
> Here is a brief addendum.

(Ahrens Dec. Ex. A, filed herewith).

## III.    ARGUMENT

As is clear from the chronology, Ms. Barrick's "Addendum"was woefully and unexplainably late.  Her addendum was submitted more than a month after her opening report was due and more than a week after PacTool received defendants' rebuttal to that report.  This Court set forth a simple expert report schedule consisting only of Opening and Rebuttal Reports and no other replies, rebuttals, or addendums.  For this reason alone, it must be excluded.

Moreover, PacTool provides no justification for the extreme tardiness of this addendum.  In fact, the proffered reason is almost laughable, namely, that upon reading her opposing expert's rebuttal report, she was reminded "that she inadvertently left out her description of marketing capacity."  (Ahrens Decl. Ex. A). Really?  Which attorney, which

1    expert, which declarant could not, would not, like to say the same thing: "Upon reading or

2    hearing what my opponent  has to say to my opening position, I now would like to expand

3    upon my original statement."  Of course if the process is setup to allow for replies, that is one

4    thing, but that was not the process here.

5         Additionally, it is also obvious from the chronology as well as the proffered

6    explanation, that this addendum came after the rebuttal to her report was submitted.  In other

7    words, Mr. Hock has never had the opportunity to respond to her now expanded report.

8         Finally, the timing of PacTool's related actions does cause one to raise an eyebrow.

9    For PacTool submits this untimely, unilateral addendum to correct an admitted deficiency in

10   its damages expert's report just two weeks *after* it moved this Court to exclude, in its

11   entirety, the Expert Report and Related Testimony of Dr. Albert H. Lyter III regarding

12   forensics for allegedly also being "incomplete."  Dkt. 229.  So on the one hand, PacTool

13   seeks to strike and exclude one allegedly incomplete report, a report interestingly that its own

14   expert found complete enough to render a rebuttal report to, but yet feels totally free to

15   unilaterally and without leave or stipulation, to expand its damages expert's report *after*

16   *service of* and *because of* the responsive rebuttal report.  Incredulous.

17   **IV.    CONCLUSION**

18        In sum, the "Addendum to Report of Lorraine Barrick" dated August 18, 2011, and

19   any testimony by her in regards thereto should be excluded.  In the alternative, if this Court

20   were to allow the addendum (which for consistency sake would warrant a denial of

21   PacTool's motion to exclude as well, Dkt. 229), Mr. Hock should be allowed an opportunity

22   to respond to her expanded report.

23

24

25

26

KETT'S MOTION TO EXCLUDE
ADDENDUM TO REPORT OF
LORRAINE BARRICK- 3

WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower · 441 Vine Street
Cincinnati, Ohio  45202-2917
(513) 241-2324 · (513) 241-6234 facsimile

1

2

3

4

5        Respectfully Submitted,

6        KETT TOOL COMPANY, INC.

7        */s/ John Paul Davis*
         Gregory F. Ahrens, OH Bar No. 0038627
8        Admitted *Pro Hac Vice*
         John Paul Davis, OH Bar No. 0073446
9        Admitted *Pro Hac Vice*
         WOOD, HERRON & EVANS, L.L.P.
10       2700 Carew Tower
         441 Vine Street
11       Cincinnati, Ohio  45202-2917
         (513) 241-2324
12       Facsimile: (513) 241-6234
         jdavis@whepatent.com
13       gahrens@whepatent.com

14

15       Paul Richard Brown, WSBA No. 19357
         Karr Tuttle Campbell
16       1201 Third Avenue, Suite 2900
         Seattle, WA  98101
17       (206) 224-8073
         pbrown@karrtuttle.com
18

19       Attorneys for Defendant
         Kett Tool Company Inc.

20

21

22

23

24

25

26

KETT'S MOTION TO  EXCLUDE
ADDENDUM TO REPORT OF
LORRAINE BARRICK- 4

WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower · 441 Vine Street
Cincinnati, Ohio  45202-2917
(513) 241-2324 · (513) 241-6234 facsimile

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on September 1, 2011, the foregoing document was

3

electronically filed with the Clerk of Court using the CM/ECF system and thereby served

4

on all counsel of record via ECF-generated e-mail and notification.

5

6

/s/ John Paul Davis

7

John Paul Davis, OH Bar No. 0073446
Admitted *Pro Hac Vice*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

KETT'S MOTION TO EXCLUDE
ADDENDUM TO REPORT OF
LORRAINE BARRICK- 5

WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower · 441 Vine Street
Cincinnati, Ohio  45202-2917
(513) 241-2324 · (513) 241-6234 facsimile